Jason W. Estavillo (Bar No. 188093)
Caitlin M. Phair (Bar No. 306685)
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 501
Oakland, California 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

Attorneys for Robert N. Wells

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT N. WELLS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAM XI TRUST; BSI FINANCIAL<br>SERVICES; and DOES 1-20,<br><br>　　　　　Defendants. | Case No.: 3:16-cv-07380-JST<br><br>**STIPULATION OF DISMISSAL AND**<br>**[PROPOSED] ORDER** |

WHEREAS, Plaintiff Robert N. Wells filed his Complaint on December 29, 2016.

WHEREAS, Plaintiff and Defendants are attempting to settle this matter informally.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above-captioned action should be dismissed without prejudice as to Defendants. The parties further stipulate that, the monies deposited by Plaintiff on January 6, 2017 in the amount of $29,400.00 shall be released to Plaintiff forthwith.

IT IS SO STIPULATED.

///

LAW OFFICE OF JASON
W. ESTAVILLO, PC
1330 Broadway, Suite 501
Oakland, CA 94612
Telephone: (510) 982 3001
Facsimile: (510) 982 3002

*Wells v. CAM XI Trust, et al.*　　　　　　　　　　　　　　　　*Stipulation of Dismissal*

1

Dated: February 1, 2017

LAW OFFICES OF JASON W. ESTAVILLO, PC

/s/

Jason W. Estavillo
Caitlin M. Phair
Attorneys for Robert N. Wells

Dated: February 1, 2017

SCHEER LAW GROUP, LLP

/s/

Spencer P. Scheer
Attorneys for CAM XI Trust

LAW OFFICE OF JASON
W. ESTAVILLO, PC
1700 Broadway, Suite 701
Oakland, CA 94612
Telephone: (510) 962-3001
Facsimile: (510) 962-3003

*Wells v. CAM XI Trust, et al.*

*Stipulation of Dismissal*

2

## ~~[PROPOSED]~~ ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed without prejudice as against Defendant CAM XI Trust pursuant to FRCP 41(a)(1)(A).

2. The monies deposited by Plaintiff on January 6, 2017 in the amount of $29,400.00 shall be released forthwith to Plaintiff via his legal counsel.

IT IS SO ORDERED.

Dated:  February 6, 2017

Honorable Jon S. Tigar
United States Judge
Northern District of California

LAW OFFICE OF JASON
W. ESTAVILLO, PC
1330 Broadway, Suite 501
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002